PD-1595-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/11/2015 9:42:25 AM
Accepted 5/11/2015 10:54:46 AM
ABEL ACOSTA
CLERK

# Matthew J. Kita

ATTORNEY AND COUNSELOR AT LAW

P.O. BOX 5119

DALLAS, TEXAS 75208

May 11, 2015

FILED IN
COURT OF CRIMINAL APPEALS

May 11, 2015

ABEL ACOSTA, CLERK

**Via e-filing**
Mr. Abel Acosta
Court of Criminal Appeals
201 East 14th Street, Room 106
Austin, Texas 78705

> Re: *Roger Liverman v. State of Texas*
> Case No. PD-1595-14
>
> *Aaron Liverman v. State of Texas*
> Case No. PD-1596-14

Dear Mr. Acosta:

I represent Appellants-Respondents Roger and Aaron Liverman in the above-referenced appeals. I write to confirm that I will present oral argument to the Court on their behalf on May 20, 2015 at 1:30 p.m.

> Respectfully submitted,
>
> /s/ Matthew J. Kita
>
> Matthew J. Kita

cc: **Via e-filing**
Ms. Lara Tomlin
Denton County District Attorney's Office
P. O. Box 2344
Denton, Texas 76202

P: 214.699.1863          MATT@MATTKITA.COM          F: 214.347.7221